IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES S. PICKERING                                                                               PLAINTIFF

v.                                                                        Civil Action No.: 3:08CV43-M-A

MICHAEL J. ASTRUE,
Commissioner of Social Security,                                                         DEFENDANT

**FINAL JUDGMENT**

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated April 23, 2009, was on that date served via electronic mail through the court's CM/ECF system upon counsel of record; more than ten days have elapsed since service of the report and recommendation; and no objection has been filed or served by the parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore,

**ORDERED:**

1.   That the report and recommendation of the United States Magistrate Judge dated April 23, 2009, is approved and adopted.

2.   The opinion of the ALJ is affirmed.

SO ORDERED, this the 28th day of May, 2009.

                                                      **/s/ MICHAEL P. MILLS**
                                                      **CHIEF JUDGE**
                                                      **UNITED STATES DISTRICT COURT**
                                                      **NORTHERN DISTRICT OF MISSISSIPPI**